**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| ROBERT LAFONTAINE and CAROL LAFONTAINE, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., STORE NO. 2455, JOHN DOES 1-5, and ABC COMPANIES 1-3, <br><br> Defendants. | CV-19-59-BMM <br><br><br> ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

On February 4, 2020, the parties filed their Joint Stipulation for Dismissal with Prejudice. Upon review of the Joint Stipulation, and for good cause appearing:

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed on its merits, with prejudice, as fully and finally compromised, and with each party paying their own fees and costs.

DATED this 5th day of February, 2020.

_____
Brian Morris
United States District Court Judge